ORIGINAL

AO 455 (Rev.5/85)   Waiver of Indictment

# United States District Court

NORTHERN DISTRICT OF GEORGIA

FILED IN OPEN COURT
U.S.D.C. - Atlanta

NOV 0 5 2009

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES OF AMERICA

v.

GUILLERMO MARTINEZ

**WAIVER OF INDICTMENT**

CASE NUMBER: 1:09-CR-486

I, <u>GUILLERMO MARTINEZ</u>, the above named defendant, who is accused of theft of trade secrets, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on November 05, 2009 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
GUILLERMO MARTINEZ
Defendant

_____
Brian F. McEvoy
Counsel for Defendant

Before _____
         Judicial Officer