UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION FILE |
| v. | NO. 1:09-CR-0486-WBH |
| GUILLERMO MARTINEZ | |

### TO THE ABOVE NAMED DEFENDANT:

By direction of the Honorable Willis B. Hunt, Jr., United States District Judge, YOU ARE HEREBY **ORDERED** to appear in the United States District Court for the Northern District of Georgia on **Wednesday, February 3, 2010, at 10:00 a.m.** for imposition of sentence. On that date, report to the U. S. Courthouse, Courtroom 1707, 75 Spring Street, SW, Atlanta, Georgia, 30303, where sentence will be imposed. You will receive no further notice.

If you are under bond, your failure to appear for sentencing on the above date will result in the forfeiture of your bond.

IT IS FURTHER **ORDERED** that a Presentence Investigation and Report to this Court will be completed, and that you report immediately to the United States Probation Office of this Court for interview and further instruction (Room 900 of the building).

DATE:    December 2, 2009

JAMES N. HATTEN, CLERK

By: _Sue Coalson_
Sue Coalson
Courtroom Deputy Clerk

DEFENDANT: _[signature]_
Guillermo Martinez

COUNSEL: _[signature]_
Brian McEvoy

NOTE: No continuance can be granted except by Order of the Court. Any request should be brought to the Court's attention as soon as possible by having your attorney call Sue Coalson at 404-215-1451.

cc:   ☐ A.U.S.A. Glenn Baker          ☐ Defense counsel Brian McEvoy
      ☐ U.S.Marshal                   ☐ U.S. Probation
      ☐ Defendant Guillermo Martinez